Melissa Marie Haskey    BK#6102737
**Name and Prisoner/Booking Number**

Estrella jail part of maricopa county sheriffs jail complex
**Place of Confinement**

3250 W. Lower Buckeye Road
**Mailing Address**

Phoenix, AZ 85009
**City, State, Zip Code**

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

| | FILED | | LODGED |
|---|---|---|---|
| | RECEIVED | | COPY |

AUG 0 5 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Melissa Marie Haskey,
**(Full Name of Plaintiff)** Part of the class action
lawsuit/case with Tanya Delgadillo Nareau
BK#6095437 for Black Mold infestation
who Filed with six Original women.
                                    **Plaintiff,**

v.

(1) Maricopa County Sheriffs office jails,
**(Full Name of Defendant)**

(2) All others Applicable,

(3) Maricopa county sheriffs,

(4) Correctional Health offices,
                    **Defendant(s).**

☐ Check if there are additional Defendants and attach page 1-A listing them.

**CASE NO.** CV24-01952-PHX-ROS--ASB

**(To be supplied by the Clerk)**

### CIVIL RIGHTS COMPLAINT
### BY A PRISONER

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☑ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☑ Other: Medical and unhumane housing

2.  Institution/city where violation occurred: Estrella jail maricopa county Sheriffs jails complex in phoenix Arizona

3.

**550/555**

## B.  DEFENDANTS

1.    Name of first Defendant: Maricopa county sheriffs office Jails . The first Defendant is employed
as: The Government offices in charge of the jails  at Estrella jail in Maricopa county Arizona
<span style="margin-left:2em">(Position and Title)</span> <span style="margin-left:15em">(Institution)</span>

2.    Name of second Defendant: All others applicable . The second Defendant is employed as:
as: unknow to time  at  unknow to me .
<span style="margin-left:2em">(Position and Title)</span> <span style="margin-left:15em">(Institution)</span>

3.    Name of third Defendant: Maricopa county sheriffs offices .  The third Defendant is employed
as: The office that owns the jails  at Maricopa county Arizona USA .
<span style="margin-left:2em">(Position and Title)</span> <span style="margin-left:15em">(Institution)</span>

4.    Name of fourth Defendant: Correctional Health .  The fourth Defendant is employed
as: The health care provider for maricopa county jail at Maricopa county Arizona USA .
System <span style="margin-left:2em">(Position and Title)</span> <span style="margin-left:15em">(Institution)</span>

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.    Have you filed any other lawsuits while you were a prisoner?        ☐ Yes    ☑ No

2.    If yes, how many lawsuits have you filed?_____. Describe the previous lawsuits:

    a.  First prior lawsuit:
       1.    Parties:_____ v. _____
       2.    Court and case number:_____.
       3.    Result:  (Was the case dismissed?   Was it appealed?   Is it still pending?)_____
          _____.

    b.  Second prior lawsuit:
       1.    Parties:_____ v. _____
       2.    Court and case number:_____.
       3.    Result:  (Was the case dismissed?   Was it appealed?   Is it still pending?)_____
          _____.

    c.  Third prior lawsuit:
       1.    Parties:_____ v. _____
       2.    Court and case number:_____.
       3.    Result:  (Was the case dismissed?   Was it appealed?   Is it still pending?)_____
          _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: *In humane housing, unsanitary conditions, full of Black mold, Bad for health and inhuman Qualifies under Bireno and other cases already won for health care in federal court.*

2. **Count I. Identify the issue involved. Check only one. State additional issues in separate counts.**

   ☑ Basic necessities          ☐ Mail               ☐ Access to the court          ☑ Medical care
   ☐ Disciplinary proceedings   ☐ Property           ☐ Exercise of religion         ☐ Retaliation
   ☐ Excessive force by an officer   ☑ Threat to safety   ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   According to Prior litigations held Regarding maricopa county jail complex estrella location it states that the Black mold infestation is hazardous to health and is an active live parasite and Fungi Some have even gone as far as to Claim that estrella jail in maricopa county sheriffs jail complex in maricopa County Arizona in the U.S.A should be condemned In case Number CV-24-01363-PHX-DGC-(CDB) Tanya Delgadillo Nareau vs. Maricopa county sheriffs offices and several others She has listed for Relief and compensation for the Black mold compensation for all of the years in Retrograde that she has been housed and detained in estrella Jail for 30 days or more which is the standard in the prior litigations

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   My health has been decreased, I have had to see medical. And have gotten sick more often and immune System is Diminished

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?          ☐ Yes  ☑ No
   b. Did you submit a request for administrative relief on Count I?          ☐ Yes  ☑ No
   c. Did you appeal your request for relief on Count I to the highest level?          ☐ Yes  ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Because there are litigations in Court over the years and decades that have already won the litigation in Federal court before.

3

**COUNT II**

1.  State the constitutional or other federal civil right that was violated: _____
_____

2.  **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion         ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other:_____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.  **Administrative Remedies.**
    1. Are there any administrative remedies (grievance procedures or administrative appeals) available at
       your institution?                                                          ☐ Yes     ☐ No
    2. Did you submit a request for administrative relief on Count II?             ☐ Yes     ☐ No
    3. Did you appeal your request for relief on Count II to the highest level?    ☐ Yes     ☐ No
    4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
       did not. _____
       _____

## COUNT III

1. State the constitutional or other federal civil right that was violated: _____
   _____

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   _____
   _____
   _____

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes    ☐ No
   2. Did you submit a request for administrative relief on Count III?     ☐ Yes    ☐ No
   3. Did you appeal your request for relief on Count III to the highest level?     ☐ Yes    ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
      _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

I am wanting compensation for all of the times I have been housed here in Estrella Jail for the Black mold compensation award that has been Running between $260-310.⁰⁰ Dollars a day or what are the award was given to Tanya Delgadillo Nareau in Case Number CV-24-01363-PHX-DGC (CDB) I also want Attorney Mr. Christiansen from the Arizona chapter of the ACLU Phoenix office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2024
_____
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney=s address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

To Represent me. That is the American civil liberties Union From Phoenix Arizona U.S.A I also Request financial compensation for all my legal fees, para legal fees, lawyers fees. and anything else that may be Rewarded me through this case I also Request that my Attorney mr. Christiansen from Phoenix Arizona ACLU be awarded relief and compensation for Representation in this case. I also Request any and all available financial compensation and Relief for Stress, anxiety, worry, medical, medical visits and any all and other emotional, physical, and psycological effects this and other inhumand stays in Estrella jail and its offices may have caused me. I Reserve the Right for Attorney Mr. Christiansen from the Phoenix Arizona American Civil liberties Union who is the Attorney in case Number Cv-24-01363-PHX-DGC-(CDB) to bring up anything on my behalf. Mr. Christiansen is also the Attorney in this case the class action lawsuit by Tanya Delgadillo Narcau for the Black mold infestation 2024 my Dates of Incarceration at Maricopa county Estrella Jail are 2018, 2019, 2020, 2022, 2023, 2024. I am planning ti be sentenced to the Department of corrections in Arizona perryville complex.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

## <u>CERTIFICATION</u>

I hereby certify that on this date _____ **July 18, 2024** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____ _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____     *B6308*
Legal Support Specialist Signature     S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009

